# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0217
_____

BOARD OF TRUSTEES OF FLORIDA
A & M UNIVERSITY, a public
body corporate,

Petitioner,

v.

ANN L. WEAD KIMBROUGH,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 29, 2019

PER CURIAM.

DISMISSED. *See Bensonhurst Drywall, Inc. v. Ledesma*, 583 So. 2d 1094 (Fla. 4th DCA 1991) ("Petitioner cannot evade the time requirements of Florida Rule of Appellate Procedure 9.100(c) by filing successive motions addressed to the same issue.")

LEWIS, WETHERELL, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Maria A. Santoro of Dennis Jackson Martin & Fontela, P.A., Tallahassee, for Petitioner.

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Respondent.